UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION.

------------------------------

J. D., through his parent and natural guardian Nicole Dramis; et al.,

Plaintiffs-Respondents,

v.

ALTRIA GROUP, INC.; et al.,

Defendants-Petitioners,

and

JUUL LABS, INC.; et al.,

Defendants.

No. 22-80061

D.C. No. 3:19-md-02913-WHO
Northern District of California, San Francisco

ORDER

In re: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION.

------------------------------

J. D., through his parent and natural guardian Nicole Dramis; et al.,

Plaintiffs-Respondents,

No. 22-80062

D.C. No. 3:19-md-02913-WHO

AB/MOATT

v.

JUUL LABS, INC.; et al.,

Defendants,

and

HOYOUNG HUH; et al.,

Defendants-Petitioners.

In re: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION.

------------------------------

J. D., through his parent and natural guardian Nicole Dramis; et al.,

Plaintiffs-Respondents,

v.

JUUL LABS, INC.,

Defendant-Petitioner,

and

PAX LABS, INC.; et al.,

Defendants.

No. 22-80063

D.C. No. 3:19-md-02913-WHO

Before: SILVERMAN and IKUTA, Circuit Judges.

Respondents' motions for extensions of time to file an answer to the petitions (Docket Entry No. 5 in 22-80061; Docket Entry No. 4 in 22-80062; Docket Entry No. 3 in 22-80063) are granted. Respondents' motions to consolidate and for leave to file a consolidate, oversized answer (Docket Entry No. 12 in 22-80061; Docket Entry No. 11 in 22-80062; Docket Entry No. 11 in 22-80063) is granted. The consolidated answer has been filed.

Washington Legal Foundation's motions for leave to file an amicus curiae brief in support of the petitions for permission to appeal (Docket Entry No. 3 in 22-80061; Docket Entry No. 2 in 22-80062; Docket Entry No. 1 in 22-80063) is granted. The briefs have been filed.

Petitioners' motions for leave to file replies in support of their petitions (Docket Entry No. 14 in 22-80061; Docket Entry No. 13 in 22-80062; Docket Entry No. 13 in 22-80063) are granted. The replies have been filed.

The court, in its discretion, grants the petitions for permission to appeal the district court's June 28, 2022 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioners shall perfect the appeals in accordance with Federal Rule of Appellate Procedure 5(d).

The motion to amend the short title of the case (Docket Entry No. 2 in 22-

80061) is denied as moot.